July 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MECCA FARMS GROUP, LLC, Appellant

NO. 14-15-00135-CV                    V.

JUBOORI METAL WORKS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 21, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mecca Farms Group, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.